UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HASSAN BILITY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>WARDEN CARTER, N.T.C./D.O.C./V.C.B.C.;<br>CAPTAIN GUERRA,<br>N.T.C./D.O.C./V.C.B.C.; CAPT. JOHN DOE,<br>N.T.C./D.O.C./V.C.B.C.; CAPTAIN<br>HORTON, N.T.C./D.O.C./V.C.B.C.,<br><br>　　　　　　　　　　Defendants. | 21-CV-8974 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　November 17, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　Chief United States District Judge